IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-10073 |
| GARY D. WOODS, | ) ) ) |
| Defendant. | ) ) |

FILED
JUN 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INFORMATION

The United States Attorney charges:

From in or about January 2004 and continuing until in or about July 2006, at Bloomington, in the Central District of Illinois and elsewhere,

**GARY D. WOODS,**

defendant herein, in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of an event affecting his right to receive Social Security Disability Insurance Benefit payments for himself and his dependents, knowingly concealed and failed to disclose such event, with the intent to fraudulently secure benefit payments when no payment was authorized.

Specifically, the defendant GARY D. WOODS concealed and failed to disclose that he received payments as a result of his employment, the concealment and failure to disclose being done in order to receive and to continue to receive benefit payments totaling approximately $80,000 for himself and his dependents to which he knew he was not entitled;

In violation of Title 42, United States Code, Section 408 (a) (4).

> UNITED STATES OF AMERICA
>
> RODGER A. HEATON
> UNITED STATES ATTORNEY
>
> s/ D. Knauss
>
> Darilynn J. Knauss
> Assistant United States Attorney
> 211 Fulton Street, Suite 400
> Peoria, Illinois 61602
> Telephone: 309/671-7050